**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| NAOMI CARRASCO, INDIVIDUALLY AND AS SURVIVOR OF PGT, AND ESTATE OF PGT, DECEASED;<br>    *Plaintiff*,<br><br>v.<br><br>ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MO:19-CV-00086-DC |

**ORDER OF DISMISSAL**

On this day, the Court considered the status of the above-captioned case. On August 19, 2020, the Court issued an order granting Defendant Ector County Independent School District's Motion for More Definite Statement, Defendant Texas Education Agency's Motion to Dismiss, and Dr. Gloria Baumstimler's Motion to Dismiss. (Doc. 33). Following Court orders, the Clerk of the Court terminated Defendants Texas Education Agency and Dr. Gloria Baumstimler. *Id.* Accordingly, the only remaining Defendant is Ector County Independent School District. *Id.*

The Court also ordered Plaintiff Naomi Carrasco to file an amended complaint in compliance with the Court's order within fourteen days of the entry of the Court's order. *Id.* at 13. The Court's order was entered by the Clerk of the Court on August 19, 2020. *Id.* The Court warned Plaintiff Naomi Carrasco that failure to file an amended complaint could result in the dismissal of her claims against Defendant Ector County Independent School District for failure to prosecute. *Id.* The deadline to file the amended complaint in compliance with the Court's order passed on September 2, 2020. Accordingly, Plaintiff Naomi Carrasco's claims against Defendant Ector County Independent School District should be dismissed for want of

prosecution. *See* Fed. R. Civ. P. 41(b); *see also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (allowing district courts to dismiss a case *sua sponte* for want of prosecution).

Moreover, although the Court dismissed Dr. Gloria Baumstimler, it granted Plaintiff Naomi Carrasco leave to re-attempt service on Dr. Gloria Baumstimler under an appropriate provision of Rule 4 and file proof of service with the Court within fourteen days of the date of the Court's order. *Id.* at 14. Fourteen days have passed since the date of the Court's order and Plaintiff Naomi Carrasco has not filed proof of service as to Dr. Gloria Baumstimler. *Id.*

Based on the foregoing, the Court **ORDERS** that all of Plaintiff Naomi Carrasco's claims against Defendant Ector County Independent School District be **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

Because there are no remaining parties or claims, the Court **ORDERS** the Clerk of the Court to **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 4th day of September, 2020.

 

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE